YANN GERON, Chapter 7 Trustee
c/o Fox Rothschild LLP
100 Park Avenue, Suite 1500
New York, New York 10017
(212) 878-7900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re                                                    :        Chapter 7
                                                         :
PUBLIC SWITCH CORPORATION,                               :        Case No. 96-41176 (SCC)
                                                         :
                          Debtor.                        :
------------------------------------------------------x

RECEIVED SEP 19 2014 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN

NOTICE TO THE CLERK OF UNCLAIMED DISTRIBUTION FUNDS

TO THE CLERK OF THE COURT:

The final distribution in the above-referenced case occurred on August 26, 2010. Returned and/or uncashed distributions were subsequently voided. Upon review of these returned/ uncashed distributions, and based upon updated creditor information, the Trustee re-distributed certain funds on May 23, 2014. These re-distributed checks have since become stale or have been returned.

The attached checks totaling $9,324.82 represent the total sum of unclaimed distribution funds in this estate and are paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3011. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address(es) | Claim No. | Amount of Distribution |
|---|---|---|
| *Business Credit Leasing*<br>115 W College Dr,<br>Marshall, MN 56258 | 38 | $33.89 |
| *Compmasters, Inc.*<br>240 West 37th Street, 5th Floor,<br>New York, NY 10017<br><br>240 West 37th St.,<br>New York, NY 10018 | 48 | $45.41 |
| *Corina Dooteroff*<br>15 Tower Drive,<br>Maplewood, NJ 07040 | 10 | $268.45 |
| *David Ari Bergal*<br>15 Tower Drive,<br>Maplewood, NJ 07040 | 9 | $1,771.78 |

| | | |
|---|---|---|
| *Department of the Treasury*<br>*Internal Revenue Service*<br>290 Broadway, 5th Floor,<br>New York, NY 10007 | 59 | $143.12 |
| *Duplex Products, Inc.*<br>1947 Bethany Road,<br>Sycamore, IL 60178<br><br>c/o C T Corporation System,<br>208 SO LaSalle Street, Suite 814,<br>Chicago, IL 60604 | 8 | $73.09 |
| *Heritage West, Inc.*<br>63 Jefferson Avenue,<br>Westwood, NJ 07675 | 3 | $505.94 |
| *Imaging Solutions of Tribeca*<br>200 Hudson Street,<br>New York, NY 10013<br><br>c/o Durbal Torres,<br>8 Kathy Lane,<br>Warren, NJ 07059 | 14 | $43.96 |
| *International Telecom Corp.*<br>G.P.O. Box 5966,<br>New York, NY 10087-5966 | 53 | $4,056.44 |
| *Louis Capolino*<br>252 Clarken Drive,<br>West Orange NJ 07052 | 18 | $536.90 |
| *Moksushita Corp. of America*<br>c/o Tokai Financial Services, Inc.,<br>1055 Westlakes Drive,<br>Berwyn, PA 19312<br><br>c/o Tokai Financial Services, Inc.,<br>15150 Preston Rd,<br>Dallas, TX 75248 | 29 | $80.80 |
| *STSJ St. Thomas San Juan Telephone Co.*<br>Veterans Drive Station,<br>P.O. Box 306080,<br>Charlotte Amalle, VI 00803<br><br>The St. Thomas and San Juan Telephone Company, Inc.,<br>P.O. Box 1915/179,<br>Altona Welgunst, 2nd Floor,<br>St. Thomas, USVI 00803-1915 | 24 | $1,269.71 |
| *TCG*<br>TCG, P.O. Box<br>Newark, NJ 07193-0226<br><br>30 Hackensack Ave,<br>Newark, NJ 07105 | 27 | $472.68 |

| | | |
|---|---|---|
| *University Printing*<br>5200 Thacher Road,<br>Downers Grove, ILL 60515 | 20 | $22.65 |

c/o Versatile Card Technology, Inc.,
444 N. Michigan Avenue, 2600,
Chicago, IL 60611

Total:   $9,324.82

Dated:   09/16/14

_____
Yann Geron, Trustee

3