UNITED STATES BANKRUPTCY COURT
Southern District of New York

-----------------------------------------------------------x

In Re:

Public Switch Corporation

CASE NO. 96-41176 (SCC)

AMENDED
AFFIDAVIT FOR REIMBURSEMENT
OF UNCLAIMED DIVIDENDS

-----------------------------------------------------------x

STATE OF: Washington )
)                    Dilks & Knopik, LLC)
)                    (Norman Docteroff)
COUNTY OF: King )

Dilks & Knopik, LLC of 35308 SE Center St, Snoqualmie, WA 98065, is the Attorney-in-Fact for Norman Docteroff of 21046 Sweetwater Ln N., Boca Raton, FL 33428-1024, as indicated on the attached Power of Attorney, being duly sworn, deposes and says (to the best of its knowledge and belief):

That David Ari Bergal is a creditor of the above named debtor.

That Public Switch Corporation was duly adjudged a debtor in the United States Bankruptcy Court for the Southern District of New York. That said creditor duly filed his/her claim, which was thereafter duly allowed.

That the original dividend check was sent to a David Ari Bergal at 15 Tower Drive, Maplewood, NJ 07040. That address is no longer valid and may have prevented the delivery of the original dividend check. Furthermore, David Ari Bergal has given Power of Attorney to Norman Docteroff (Exhibit A).

Dividends amounting to the sum of $1,771.78 remain unpaid.

That the said claim has not been sold or assigned, and that it is still the property of deponent.

It is therefore requested that the Clerk of this Court pay to David Ari Bergal and/care of Dilks & Knopik, LLC the sum of $1,771.78.

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-fact for
Norman Docteroff
35308 SE Center St,
Snoqualmie, WA 98065-9216
(425) 836-5728

Sworn and subscribed to before
Me this 13th day of February, 20 15

Andrew T. Drake, Notary Public

Affix Corporate Seal

**PLEASE ATTACH COUNTY CLERK'S CERTFICIATE IF OTHER THAN A NEW YORK NOTARY**
**PLEASE FORWARD TO ATTENTION OF FINACIAL ADMINISTRATOR**

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

-----------------------------------------------------------x

In Re:

    Public Switch Corporation

CASE NO. 96-41176 (SCC)

AFFIDAVIT FOR REIMBURSEMENT
OF UNCLAIMED DIVIDENDS

-----------------------------------------------------------x

STATE OF: Washington    )
                                     )                                 Dilks & Knopik, LLC)
                                     )                                 (Norman Docteroff)

COUNTY OF: King        )

Dilks & Knopik, LLC of 35308 SE Center St, Snoqualmie, WA 98065, is the Attorney-in-Fact for Norman Docteroff of 21046 Sweetwater Ln N., Boca Raton, FL 33428-1024, as indicated on the attached Power of Attorney, being duly sworn, deposes and says (to the best of its knowledge and belief):

    That David Ari Bergal is a creditor of the above named debtor.

    That Public Switch Corporation was duly adjudged a debtor in the United States Bankruptcy Court for the Southern District of New York. That said creditor duly filed his/her claim, which was thereafter duly allowed.

    That the original dividend check was sent to a David Ari Bergal at 15 Tower Drive, Maplewood, NJ 07040. That address is no longer valid and may have prevented the delivery of the original dividend check. Furthermore, David Ari Bergal has given Power of Attorney to Norman Docteroff (Exhibit A).

    Dividends amounting to the sum of $1,771.78 remain unpaid.

    That the said claim has not been sold or assigned, and that it is still the property of deponent.

    It is therefore requested that the Clerk of this Court pay to Norman Docteroff and/care of Dilks & Knopik, LLC the sum of $1,771.78.

_____
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-fact for
Norman Docteroff
35308 SE Center St,
Snoqualmie, WA 98065-9216
(425) 836-5728

Sworn and subscribed to before
Me this __28th__ day of __October__, 20 __14__

_____
Andrew T. Drake, Notary Public

Affix Corporate Seal

**PLEASE ATTACH COUNTY CLERK'S CERTFICIATE IF OTHER THAN A NEW YORK NOTARY**
**PLEASE FORWARD TO ATTENTION OF FINACIAL ADMINISTRATOR**

# STATE OF WASHINGTON

DEPARTMENT OF LICENSING BUSINESS AND PROFESSIONS DIVISION

THIS CERTIFICATE IS EVIDENCE OF THE AUTHORITY AND APPOINTMENT OF

NOTARY PUBLIC APPOINTMENT

ANDREW T DRAKE

*Christine Gregoire*, Christine Gregoire, Governor

*Sam Reed*, Sam Reed, Secretary of State

*Elizabeth A. Luce*, Elizabeth A. Luce, Director, Department of Licensing

| Cert/Lic No. | Issued Date | Expiration Date |
|---|---|---|
| 154802 | 08/09/2011 | 08/09/2015 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

RE: Public Switch Corporation )
)  Case: 96-41176 (SCC)
)
)  **AUTHORITY TO ACT**
)  **Limited Power of Attorney**
Debtor(s) )  **LIMITED TO ONE TRANSACTION**

## USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Norman Docteroff** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$1,771.78** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

X _____     _____10/21_____, 20_14_
Norman Docteroff                       Date

**Tax ID: XXX-XX-4015**

### ACKNOWLEDGMENT

STATE OF ___FL___ )         COUNTY OF _Palm Beach_ )

On this _21st_ day of _Oct_, _2014_, before me, the undersigned Notary Public in and for the said County and State, personally appeared Norman Docteroff known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that he did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC _Camila Willis_

Residing at _Boca Raton, FL_

My Commission expires _Jun 4, 2017_

CAMILA WILLIS
Notary Public - State of Florida
My Comm. Expires Jun 4, 2017
Commission # FF 024003

**From:** Bergal, David
**Sent:** Friday, March 20, 2015 1:29 PM
**To:** Dad Norman Docteroff; Brian Baguhn
**Subject:** RE: Dilks & Knopik

Dear Mr. Baguhn

My father, Norman Docteroff, has forwarded me your contact details regarding the payment of $2,000, unfortunately I am currently living part of the year in Munich Germany. How should we proceed, as I would prefer a second visit to the Munich USA consulate, as that requires almost an entire day of waiting and security. Could you simply forward the funds to my USA account or offer an alternative?

Moreover, please feel free to send me any paperwork and information to this email.

Thank you, I appreciate your help.

Regards,
David Bergal
Claude-Lorrain-Str. 7   81543 München, Germany   Mob Germany +49 175 233 8077   Mob Austria +43 664 954 4941

**From:** Norman Docteroff
**Sent:** Friday, March 20, 2015 7:45 PM
**To:** Bergal, David
**Subject:** FW: Dilks & Knopik

Look



*Thank you*
*Norman Docteroff*

**From:** Brian Baguhn
**Sent:** Tuesday, March 17, 2015 3:36 PM
**To:**
**Subject:** Dilks & Knopik

UNITED STATES BANKRUPTCY COURT
Southern District of New York

-----------------------------------------------------------x
In Re:

    Public Switch Corporation

-----------------------------------------------------------x

CASE NO. 96-41176 (SCC)

DECLARATION OF SERVICE

Brian J. Dilks of Dilks & Knopik, LLC declares under the penalty of perjury as follows:

On October 28, 2014, I served an Affidavit for Reimbursement of Unclaimed Dividend on the United States Attorney for the Southern District of New York at:

    Jeannette Vargas
    Chief, Tax and Bankruptcy Unit
    United States Attorney's Office, SDNY
    86 Chambers Street
    New York, NY 10007

By first class mail, postage fully paid.

Executed: October 28, 2014

    _____
    Brian J. Dilks, Managing Member
    Dilks & Knopik, LLC

~~ASSET RECOVERY TRUST~~
2973 HARBOR BLVD. #200
COSTA MESA, CA 92626

Member Better Business Bureau
~~800-800-7050   www.la.bbb.org~~

~~714-546-8100~~
~~800-923-0880~~
~~FAX 714-435-1792~~

~~email: amelone@asset-recovery.net~~

---

September 19, 2014

**David Ari Bergal**
**15 Tower Dr.**
**Maplewood, NJ 07040**

Re: ~~Unclaimed funds -- $1,771.78~~

Dear David:

We are writing to inform you that you are entitled to a **$1,771.78** check that appears to have never reached you at the above address.

~~ASSET RECOVERY TRUST~~ specializes in locating missing owners/heirs and reuniting them with assets that are rightfully theirs.   We would like to handle this matter for you.

*We ask you for no money up front.*  All costs incurred in the recovery process will remain our expense, with no out-of-pocket expense to you.  Our fee for recovery of these funds is a modest standard fee of only **20%** from the recovered amount, and is solely contingent upon receipt of these funds.   (If you don't get your money, you don't owe us a dime.)

Some of our clients over the past twenty years have included major corporations such as Merrill Lynch, Bank of America, Wells Fargo Bank, the Federal Deposit Insurance Corporation (FDIC),  as well as numerous individuals.

Enclosed please find a services agreement which needs to be signed and mailed or emailed or faxed back as soon as possible.  Thank you!

Sincerely,

Al Melone,
General Manager

# GENERAL POWER OF ATTORNEY

I, David A. Bergal, residing at Claude Lorraine St., Munich, Germany,
hereby appoint Norman Docteroff of 21046
Sweetwater La. N, Boca Raton, Florida 33428, as my attorney-in-fact ("Agent") to exercise the powers and discretions described below.

If the Agent is unable to serve for any reason, I appoint Corina Docteroff, of 21046 Sweetwater La. N, Boca Raton, Florida 33428, as my alternate or successor Agent, as the case may be to serve with the same powers and discretions.

My Agent shall have full power and authority to act on my behalf. This power and authority shall authorize my Agent to manage and conduct all of my affairs and to exercise all of my legal rights and powers, including all rights and powers that I may acquire in the future. My Agent's powers shall include, but not be limited to, the power to:

1. Open, maintain or close bank accounts (including, but not limited to, checking accounts, savings accounts, and certificates of deposit), brokerage accounts, retirement plan accounts, and other similar accounts with financial institutions.

    a. Conduct any business with any banking or financial institution with respect to any of my accounts, including, but not limited to, making deposits and withdrawals, negotiating or endorsing any checks or other instruments with respect to any such accounts, obtaining bank statements, passbooks, drafts, money orders, warrants, and certificates or vouchers payable to me by any person, firm, corporation or political entity.

    b. Perform any act necessary to deposit, negotiate, sell or transfer any note, security, or draft of the United States of America, including U.S. Treasury Securities.

    c. Have access to any safe deposit box that I might own, including its contents.

2. Sell, exchange, buy, invest, or reinvest any assets or property owned by me. Such assets or property may include income producing or non-income producing assets and property.

3. Purchase and/or maintain insurance and annuity contracts, including life insurance upon my life or the life of any other appropriate person.

4. Take any and all legal steps necessary to collect any amount or debt owed to me, or to settle any claim, whether made against me or asserted on my behalf against any other person or entity.

Exhibit A

5. Enter into binding contracts on my behalf.

6. Exercise all stock rights on my behalf as my proxy, including all rights with respect to stocks, bonds, debentures, commodities, options or other investments.

7. Maintain and/or operate any business that I may own.

8. Employ professional and business assistance as may be appropriate, including attorneys, accountants, and real estate agents.

9. Sell, convey, lease, mortgage, manage, insure, improve, repair, or perform any other act with respect to any of my property (now owned or later acquired) including, but not limited to, real estate and real estate rights (including the right to remove tenants and to recover possession). This includes the right to sell or encumber any homestead that I now own or may own in the future.

10. Prepare, sign, and file documents with any governmental body or agency, including, but not limited to, authorization to:

   a. Prepare, sign and file income and other tax returns with federal, state, local, and other governmental bodies.

   b. Obtain information or documents from any government or its agencies, and represent me in all tax matters, including the authority to negotiate, compromise, or settle any matter with such government or agency.

   c. Prepare applications, provide information, and perform any other act reasonably requested by any government or its agencies in connection with governmental benefits (including medical, military and social security benefits), and to appoint anyone, including my Agent, to act as my "Representative Payee" for the purpose of receiving Social Security benefits.

11. Make gifts from my assets to members of my family and to such other persons or charitable organizations with whom I have an established pattern of giving (or if it is appropriate to make such gifts for estate planning and/or tax purposes), to file state and federal gift tax returns, and to file a tax election to split gifts with my spouse, if any. No Agent acting under this instrument, except as specifically authorized in this instrument, shall have the power or authority to (a) gift, appoint, assign or designate any of my assets, interests or rights, directly or indirectly, to such Agent, such Agent's estate, such Agent's creditors, or the creditors of such Agent's estate, (b) exercise any powers of appointment I may hold in favor of such Agent, such Agent's estate, such Agent's creditors, or the creditors of such Agent's estate, or (c) use any of my assets to discharge any of such Agent's legal obligations, including any obligations of support which such Agent may owe to others, *excluding* those whom I am legally obligated to support

Exhibit A

12. Transfer any of my assets to the trustee of any revocable trust created by me, if such trust is in existence at the time of such transfer.

This Power of Attorney shall be construed broadly as a General Power of Attorney. The listing of specific powers is not intended to limit or restrict the general powers granted in this Power of Attorney in any manner.

Any power or authority granted to my Agent under this document shall be limited to the extent necessary to prevent this Power of Attorney from causing: (i) my income to be taxable to my Agent, (ii) my assets to be

subject to a general power of appointment by my Agent, or (iii) my Agent to have any incidents of ownership with respect to any life insurance policies that I may own on the life of my Agent.

My Agent shall not be liable for any loss that results from a judgment error that was made in good faith. However, my Agent shall be liable for willful misconduct or the failure to act in good faith while acting under the authority of this Power of Attorney. A successor Agent shall not be liable for acts of a prior Agent.

No person who relies in good faith on the authority of my Agent under this instrument shall incur any liability to me, my estate or my personal representative. I authorize my Agent to indemnify and hold harmless any third party who accepts and acts under this document.

If any part of any provision of this instrument shall be invalid or unenforceable under applicable law, such part shall be ineffective to the extent of such invalidity only, without in any way affecting the remaining parts of such provision or the remaining provisions of this instrument.

My Agent shall be entitled to reasonable compensation for any services provided as my Agent. My Agent shall be entitled to reimbursement of all reasonable expenses incurred as a result of carrying out any provision of this Power of Attorney.

My Agent shall provide an accounting for all funds handled and all acts performed as my Agent, but only if I so request or if such a request is made by any authorized personal representative or fiduciary acting on my behalf.

This Power of Attorney shall become effective immediately, and shall not be affected by my disability or lack of mental competence, except as may be provided otherwise by an applicable state statute. This is a Durable Power of Attorney. This Power of Attorney shall continue effective until my death. This Power of Attorney may be revoked by me at any time by providing written notice to my Agent.

Exhibit A

IN WITNESS WHEREOF, I have hereunto set my hand and seal this __2nd__ day of __July__, 2013.

Signed, sealed and
delivered in the
presence of:

David Bergal

_____
Witness  Jennifer Lea SPATZ

_____
Witness  Aaron Thomas HOLZMAN

State of Embassy of the United States of America
County of Germany

FEDERAL REPUBLIC OF GERMANY }
LAND BAVARIA
CITY OF MUNICH                                } SS
CONSULATE GENERAL OF THE
UNITED STATES OF AMERICA

The foregoing instrument was acknowledged before me this __2nd__ day of __July__, 2013 by David Bergal personally known to me or who has produced drivers license(s) as identification and who did not take an oath.

My Commission Expires:  **My commission is indefinite**

Notary Public Signature
Printed Name:                    Erin N. Markley
Serial Number                     Vice Consul
                                  American Consulate General Munich

Exhibit A