UNITED STATES BANKRUPTCY COURT
Southern District of New York

-----------------------------------------------------------x
In Re:

    Public Switch Corporation

CASE NO. 96-41176 (SCC)

ORDER FOR REIMBURSEMENT
OF UNCLAIMED DIVIDENDS

-----------------------------------------------------------x

On , the Trustee filed a Trustee's Notice and Payment into the Court for Unclaimed Funds and issued a check to the Clerk, US Bankruptcy Court, for deposit into the Registry of the Court in the amount of $1,771.78 on behalf of David Ari Bergal. On October 28, 2014, Norman Docteroff c/o Dilks & Knopik, LLC filed a Petition seeking payment of this sum. The Petition and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds. Accordingly, it is hereby

~~ORDERED that the Clerk, US Bankruptcy Court, shall issue a check in the amount of $1,771.78, payable to Norman Docteroff c/o Dilks & Knopik, LLC and shall send said check to payee at the following address: 35308 SE Center St, Snoqualmie, WA 98065.~~

~~IT IS SO ORDERED,~~ this 13th day of April, 2015.

**Denied**

/ s / Hon. Cecelia Morris
_____
United States Bankruptcy Judge

Application Submitted By:

*[signature]*

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-Fact for Norman Docteroff
35308 SE Center St
Snoqualmie, WA 98065-9216
(425) 836-5728